James D. Ruchti [ISB No. 6366]
Joel A. Beck [ISB No. 6482]
Ruchti & Beck Law Offices
275 South 5th Ave. Suite 140
Pocatello, Idaho 83201
Telephone No. (208) 478-5100
Facsimile No. (208) 232-5100

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID KUCERA AND SUSAN KUCERA, husband and wife, | CIVIL NO. 4:14-cv-0055-EJL |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| MADISON MEMORIAL HOSPITAL FOUNDATION, INC., a/k/a MADISON MEMORIAL HOSPITAL, and MADISON WOMEN'S CLINIC, P.L.L.C.; and BRUCE C. BARTON, M.D., | |
| Defendants. | |

COME NOW Plaintiffs David and Susan Kucera, by and through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby voluntarily dismiss the Complaint and Demand for Jury Trial [Docket 1] filed in the above-captioned matter, with all parties bearing their own costs and attorney fees.

DATED this 19th day of June, 2014.

RUCHTI & BECK LAW OFFICES

__/s/ James D. Ruchti_____
JAMES D. RUCHTI
*Attorneys for Plaintiffs*